**Constance B. SMITH,**
**Claimant/Appellant,**

v.

**KINDERCARE LEARNING CENTERS,**
**Employer/Respondent,**

and

**Employers Insurance of Wausau,**
**Insurer/Respondent,**

and

**Planet Insurance Company C/O Crawford**
**& Company, Insurer/Respondent.**

Nos. 71715, 71716.

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 26, 1997.

Constance Smith, St. Louis, for Appellant.

Ernie Braiser, St. Louis, for Kindercare.

David S. Ware & Paul F. Keeven, St. Louis, for Planet Insurance.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

### ORDER

PER CURIAM.

Constance B. Smith, claimant, appeals from two final awards by the Labor and Industrial Relations Commission that denied her compensation. The awards are supported by competent and substantial evidence on the whole record. An extended opinion would have no precedential value.

The awards are affirmed. Rule 84.16(b).